# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ZAZA PACHULIA and TINATIN ALAVIDZE, <br><br> Plaintiffs, <br> v. <br><br> RANDY USOW ACCOUNTING LLC and RANDY USOW, <br><br> Defendants, <br> and <br><br> CAROLINA CASUALTY INSURANCE COMPANY, <br><br> Intervenor Defendant. | Case No. 16-CV-1531-JPS <br><br><br><br><br><br> **ORDER** |

On May 26, 2017, Carolina Casualty Insurance Company ("Carolina") filed a motion to intervene in this action pursuant to Civil Local Rule 7(h). (Docket #22). A response to the motion was due on or before June 2, 2017. *See* Civil L. R. 7(h)(2). Plaintiffs submitted a response on that date, indicating that they do not oppose the motion. (Docket #25). Defendants have offered no response. In light of the representations in Carolina's motion, and the lack of opposition by the other parties, the Court will grant the motion. Carolina's complaint for declaratory judgment against Defendants, (Docket #23-1), is accepted for filing and will be docketed separately by the Clerk of the Court.

Accordingly,

**IT IS ORDERED** that Carolina Casualty Insurance Company's motion to intervene (Docket #22) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Carolina Casualty Insurance Company's third-party complaint (Docket #23-1) be and the same is hereby accepted for filing.

Dated at Milwaukee, Wisconsin, this 5th day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge