

833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615
TEL • 414.273.3500   FAX • 414.273.5198
WWW • GKLAW.COM

Bspahn@gklaw.com
Direct: (414) 273-9314

September 7, 2017

**VIA ECF FILING**

Hon. J.P. Stadtmueller
517 East Wisconsin Ave.
Chambers Rm. 471
Milwaukee, Wisconsin 53202

    Re:   *Zaza Pachulia, et al. v. R. Usow Accounting, LLC, et al.*
           U.S. District Court – Eastern District of Wisconsin Case No. 16-CV-1531

Dear Judge Stadtmueller:

    I write on behalf of all parties to inform you that we have reached a settlement in principle in this matter. The parties are in the process of formalizing their agreement. We intend to file a stipulation of dismissal of all claims, signed by all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as soon as practicable.

    Please contact me if you have any questions.

                            Sincerely,

                            GODFREY & KAHN, S.C.

                            */s/ Brian C. Spahn*

                            Brian C. Spahn

Enclosure
cc:   (all via ECF)
       Kevin A. Christensen
       Terry Booth
       Thomas Schrimpf
       Patricia A. Stone
       Eric J. Rollinger

17718143.1

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WISCONSIN AND WASHINGTON, D.C.
GODFREY & KAHN IS A MEMBER OF TERRALEX® A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Case 2:16-cv-01531-JPS   Filed 09/07/17   Page 1 of 1   Document 47