# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ZAZA PACHULIA and TINATIN ALAVIDZE,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>RANDY USOW ACCOUNTING INC. and RANDY USOW,<br><br>　　　　　　Defendants,<br>and<br><br>CAROLINA CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Intervenor Defendant. | Case No. 16-CV-1531-JPS<br><br>**ORDER** |

　　　　On October 20, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #48). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　　Accordingly,

　　　　**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #48) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

　　　　Dated at Milwaukee, Wisconsin, this 20th day of October, 2017.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. P. Stadtmueller
　　　　　　　　　　　　　　　　　U.S. District Judge